JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL CAMPOS,<br><br>     Petitioner,<br>  vs.<br><br>M. D. BITER,<br><br>     Respondent. | Case No. CV 14-04679-SJO (DTB)<br><br>**J U D G M E N T** |

  Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

  IT IS ADJUDGED that the action is dismissed with prejudice.

Dated: May 12, 2015

                  S. JAMES OTERO
                  UNITED STATES DISTRICT JUDGE